UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION, <br><br> MARIAN LIPSON, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST AND SURVIVING HEIR OF SHELDON I. LIPSON, DECEASED, <br><br>Plaintiff<br><br>v.<br><br>MERCK SHARP & DOHME CORP., <br><br>Defendants | Pertains To Civil Action No.: <u>13-cv-2621 AJB (MDD)</u> <br><br> MDL Case No. 13md2452 AJB (MDD) <br><br> ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL <br><br> (Doc. No. 4647) |

In consideration of the parties' joint stipulation, IT IS HEREBY ORDERED THAT;

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
2. Each party will bear its own attorneys' fees and costs.

///

///

///

ORDER GRANTING STIPULATION OF DISMISSAL

3. Each party waives the right to any appeal.

IT IS SO ORDERED.

Dated: October 19, 2021

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge